UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHADY TREE OWNERS ASSOCIATION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C15-1698-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The parties have filed a stipulation and proposed order of dismissal for Defendant Arrowood Indemnity Company (Dkt. No. 33). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and the claims against Defendant Arrowood are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

　　　DATED this 18th day of April 2017.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk