UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHADY TREE OWNERS ASSOCIATION,<br><br>              Plaintiff,<br>   v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>              Defendants. | CASE NO. C15-1698-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal for claims against Defendant State Farm Fire and Casualty Company (Dkt. No. 36). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and claims against Defendant State Farm are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

The only remaining Defendants in this matter are Doe Insurance Companies 1–10. Plaintiff has 30 days to take action as to those Defendants. If Plaintiff takes no action, the remaining Defendants will be dismissed without prejudice for failure to prosecute.

//

//

DATED this 19th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk