THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHADY TREE OWNERS ASSOCIATION,

          Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

          Defendants.

CASE NO. C15-1698-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal for the remaining Defendants Doe Insurance Companies 1–10 (Dkt. No. 38). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice[1] and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

---

[1] The parties did not stipulate to dismissal with or without prejudice. Therefore, the Court must dismiss without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

MINUTE ORDER C15-1698-JCC
PAGE - 1

DATED this 25th day of April 2017.

William M. McCool<br>Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C15-1698-JCC
PAGE - 2